455 F.2d 520
 Immie PRIDDY, Independent Executrix of the Estate of Donald
O. Priddy, Deceased, Plaintiff,
v.
TALLEY, INCORPORATED, Defendant-Third-Party Defendant-Appellee.
v.
UNITED STATES of America, Third-Party Defendant-Appellee.
 No. 71-3282 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 March 2, 1972.
 
 Before BELL, DYER and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21.[1] The district court correctly held that Feres v. United States, 1950, 340 U.S. 135, 71 S.Ct. 153, 95 L.Ed. 152, barred recovery. See also Layne v. United States, 7 Cir., 1961, 295 F.2d 433. Maryland for use of Levin v. United States, 1965, 381 U.S. 41, 85 S.Ct. 1293, 14 L.Ed.2d 205, does not require a different result.
 
 
 
 *
 Honorable Damon J. Keith, Judge, United States District Court for the Eastern District of Michigan, sitting by designation
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966